```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAUL PICHARDO,

                               Plaintiff,

        -against-

CARMINE'S BROADWAY FEAST, et al.,

                              Defendants.

-----------------------------------------------------------------X

17-CV-03312 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties submitted their proposed settlement agreement on February 16, 2018. (ECF No. 96.) Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 16, 2018
                New York, New York